IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

        Plaintiff,                    No. 2: 11-cv-2659 KJN P

    vs.

MATTHEW CATE,

        Defendant.              ORDER TO SHOW CAUSE

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff did not file an in forma pauperis application or pay the filing fee. Accordingly, on October 20, 2011, the court granted plaintiff thirty days to either pay the filing fee or submit an application to proceed in forma pauperis. Thirty days passed and plaintiff did not pay the filing fee or submit the application.

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to file an in forma pauperis application or pay the filing fee.

DATED: December 6, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ok2659.osc