IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

        Plaintiff,                  No. 2: 11-cv-2659 KJN P

    vs.

MATTHEW CATE, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's prison trust account and forward it to the Clerk of the Court. Thereafter, plaintiff will be obligated to

1

1  make monthly payments of twenty percent of the preceding month's income credited to
2  plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to
3  the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing
4  fee is paid in full.  28 U.S.C. § 1915(b)(2).

5         On October 5, 2011, plaintiff opened this action by filing a letter with the court.
6  (Dkt. No. 1.)  Although docketed as a "complaint," the undersigned cannot construe this letter as
7  a complaint.  On November 7, 2011, plaintiff filed a second letter with the court.  (Dkt. No. 5.)
8  Although docketed as an "amended complaint," the undersigned cannot construe this letter as an
9  amended complaint.  The Clerk of the Court is directed to send plaintiff a complaint form.

10        In accordance with the above, IT IS HEREBY ORDERED that:

11        1. Plaintiff's request for leave to proceed in forma pauperis is granted;

12        2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
13  Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
14  § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
15  Director of the California Department of Corrections and Rehabilitation filed concurrently
16  herewith;

17        3. The Clerk of the Court is directed to send plaintiff the form for a civil rights
18  complaint; and

19        4. Plaintiff is granted thirty days to file a complaint on the complaint form sent to
20  him by the Clerk of the Court.

21  DATED: January 5, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ok2659.ord