IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

        Plaintiff,                     No. 2:11-cv-2659 KJN P

    vs.

MATTHEW CATE, et al.,

        Defendants.             <u>ORDER</u>

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On March 8, 2012, the undersigned found that plaintiff's complaint stated a potentially cognizable claim for relief against defendants Governor Brown, Matthew Cate, Chief Psychiatrist and Chief Psychologist. On April 9, 2012, the undersigned directed the U.S. Marshal to serve defendants.

        Process directed to defendants Chief Psychiatrist and Chief Psychologist was returned unserved because plaintiff had not provided enough information for service. On May 11, 2012, plaintiff was granted sixty days to provide additional information for service of these defendants.

        On May 25, 2012, plaintiff filed a motion requesting that the court send him an additional USM-285 form because he believes that there may be two Chief Psychologists.

1  Plaintiff is informed that if he wishes to name a new defendant, he must file an amended
2  complaint.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an additional
4  USM-285 form (Dkt. No. 35) is denied without prejudice.
5  DATED: May 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ok2659.ord