1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY O'KEEFE,

11          Plaintiff,                    No. 2: 11-cv-2659 KJM KJN P

12      vs.

13   MATTHEW CATE, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On April 9, 2012, the court ordered the United States Marshal to

18   serve the complaint on defendants.  Process directed to defendants Chief Psychologist and Chief

19   Psychiatrist was returned unserved because "there is not enough information" to process the

20   requests.

21          On May 11, 2012, the court granted plaintiff sixty days to provide additional

22   information to serve defendants Chief Psychologist and Chief Psychiatrist.  On June 18, 2012,

23   plaintiff submitted USM-285 forms containing additional information for service of these

24   defendants.  Plaintiff identified the Chief Psychiatrist as Karen Higgins.  Plaintiff identified the

25   Chief Psychologist as Timothy Belavich.  On June 26, 2012, the court ordered the United States

26   Marshal to again attempt service of these defendants.

1

1        The United States Marshal has since informed the court that plaintiff's USM-285

2 form identifies the Chief Psychologist as "Director of Mental Health Timothy Belavich." Based

3 on the information provided by plaintiff, it appears that there is no person with the title of Chief

4 Psychologist. In other words, Director of Mental Health Timothy Belavich is a new defendant.

5 If plaintiff intends to name Director of Mental Health Timothy Belavich as a defendant, he must

6 file a motion to amend and proposed amended complaint naming Director of Mental Health

7 Timothy Belavich as a defendant.

8        Because plaintiff has abandoned his claim against defendant Chief Psychologist,

9 as no such person apparently exists, the undersigned orders this defendant dismissed. Fed. R.

10 Civ. P. 41(a).

11        Accordingly, IT IS HEREBY ORDERED that:

12        1. The portion of the June 26, 2012 order directing the United States Marshal to

13 serve Chief Psychologist Belavich is vacated; the United States Marshal shall proceed to serve

14 Chief Psychiatrist Karen Higgins;

15        2. Defendant Chief Psychologist is dismissed;

16        3. If plaintiff intends to name Director of Mental Health Timothy Belavich as a

17 defendant, he must file a motion to amend and proposed amended complaint naming Director of

18 Mental Health Timothy Belavich as a defendant; and

19        4. The Clerk of the Court is directed to serve a copy of this order on the United

20 States Marshal.

21 DATED: July 17, 2012

22

23

24                         KENDALL J. NEWMAN
                        UNITED STATES MAGISTRATE JUDGE

25 ok2659.cla

26