IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

    Plaintiff,                No. 2: 11-cv-2659 KJM KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.         ORDER

    /

        Plaintiff is a state prisoner, proceeding without counsel, with an action brought pursuant to 42 U.S.C. § 1983. On December 19, 2011, plaintiff filed a letter with the court requesting injunctive relief. Federal Rule of Civil Procedure 7(b)(1) provides that requests for court orders must be made by motion. In other words, plaintiff may not seek injunctive relief by way of a letter addressed to the court.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's letter requesting injunctive relief (Dkt. No. 13) is disregarded.

DATED: July 17, 2012

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

ok2659.dis

1