IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY O'KEEFE,

        Plaintiff,                    No. 2:11-cv-2659 KJM KJN P

    vs.

JERRY BROWN, et al.,

        Defendants.            <u>ORDER</u>

        /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.[1] The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 8, 2013, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

/////

---

[1] Given the nature of plaintiff's claims, the court notes he may be a member of the *Coleman* class. *See Coleman v. Brown*, Case No. CIV-S-90-0520 LKK JFM (E.D. Cal.). But that does not necessarily bar him from seeking relief specific to his own mental health needs. *See Anderson v. Zika*, 2013 WL 132546, at *2-3 (N.D. Cal. Jan. 9, 2013).

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file,
3 the court finds the findings and recommendations to be supported by the record and by the
4 proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed February 8, 2013, are adopted in full;
7 and
8  2. Plaintiff's February 4, 2013 motion (dkt. no. 75), construed as a motion for
9 temporary restraining order, is denied without prejudice.
10 DATED: July 30, 2013.

_____
UNITED STATES DISTRICT JUDGE