UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | No. 2: 11-cv-2659 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's August 16, 2013 unopposed motion to stay.

In the motion to stay, plaintiff alleges that he was recently sent to the California Health Care Facility for between three and nine months of mental health treatment. Plaintiff alleges that while housed in the California Health Care Facility, he will have no access to a law library. Plaintiff alleges that when he is not in a group therapy session, he will be confined to his cell.

Plaintiff's ability to litigate this action is hampered by his inability to access a law library. For this reason, plaintiff's motion to stay is granted.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay (ECF No. 90) is granted; this action is administratively stayed until November 16, 2013, or if plaintiff notifies the court that he has been returned to the R. J. Donovan Correctional Facility prior to that time.

Dated: September 17, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

okeef2659.sta