UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | No. 2: 11-cv-2659 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 16, 2013, plaintiff filed a motion to stay this action on grounds that he is being temporarily housed at the California Health Care Facility for between three and nine months for mental health treatment and has no access to a law library. On September 18, 2013, the court granted plaintiff's motion to stay this action.

On September 16, 2013, plaintiff filed a motion for injunctive relief. Plaintiff alleges that he is not receiving adequate mental health care at the California Health Care Facility. Plaintiff alleges that he can only receive mental health care for exhibitionism and voyeurism at either Atascadero State Mental Hospital or Coalinga State Hospital. Plaintiff alleges that he is suffering extreme mental and physical pain because he is not receiving the mental health treatment that has been recommended for years. Plaintiff alleges that "while in a normal sense, I'm not suicidal, I do know one thing for sure and that is if I thought for one second that I could do something that

1

would guarantee 150% that a guard in control would shoot me I would do it." Plaintiff further alleges that if he had a gun, he would blow his head off.

The allegations in plaintiff's motion for injunctive relief, set forth above, raise concerns regarding plaintiff's mental health status. Accordingly, the Clerk of the Court is directed to serve a copy of plaintiff's September 16, 2013 motion for injunctive relief on defense counsel, Deputy Attorney General Aldo S. Zilli, and Supervising Deputy Attorney General Monica N. Anderson. Defendants are directed to look into plaintiff's allegations regarding his mental health status raised in the motion for injunctive relief. Within three days of the date of this order, defendants shall file a brief status report addressing plaintiff's mental health status. Following receipt of this status report, the court will determine whether further action is required addressing plaintiff's motion for injunctive relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve a copy of plaintiff's September 16, 2013 motion for injunctive relief (ECF No. 93) on counsel of record, Deputy Attorney General Aldo S. Zilli, and Supervising Deputy Attorney General Monica N. Anderson;

2. Within three days of the date of this order, defendants shall file a status report addressing plaintiff's mental health status.

Dated: September 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

okee2659.ord

2