UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　　　Defendants. | No.  2:  11-cv-2659 KJM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court has separately issued an order addressing plaintiff's fourth amended complaint.

　　　　Accordingly, for the reason stated in that order, the undersigned HEREBY RECOMMENDS the dismissal of the following claims and defendants:  1) plaintiff's claim seeking systemic changes regarding California Department of Corrections and Rehabilitation's treatment of inmates with voyeurism and exhibitionism; 2) plaintiff's claim alleging that his failure to receive mental health care violated his right to due process; 3) plaintiff's claim that defendants' failure to return him to the R.J. Donovan Correctional Facility was retaliatory and violated his constitutional rights; 4) defendants Brown, Cate, Beard, Higgins, Paramo, Seibel, Greenwald, McCarthy and Shuman.

////

1

1    These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
6 objections shall be filed and served within fourteen days after service of the objections.  The
7 parties are advised that failure to file objections within the specified time may waive the right to
8 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
9 Dated:  January 29, 2014

11 ok2659.fr

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2