UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>        Plaintiff,<br><br>   v.<br><br>JERRY BROWN, et al.,<br><br>        Defendants. | No. 2: 11-cv-2659 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's March 6, 2013 motion requesting that the court order prison officials at California State Prison-Corcoran ("Corcoran") to allow plaintiff to keep his legal materials pertaining to his active cases in his cell.

Plaintiff alleges that when he was issued his legal property on November 23, 2013, he did not have enough time to go through his legal property to pick out what he needed concerning his active cases. As a result, five boxes of his legal property were sent to Receiving and Release to be stored. Plaintiff alleges that his administrative grievances regarding his legal property were improperly screened out. Plaintiff requests that he be allowed to keep the stored five boxes of legal property in his cell. Plaintiff alleges that he has copies of administrative appeals, doctor's reports and other documents in storage regarding the instant action.

////

1

1        Plaintiff's motion is denied for the following reasons. First, plaintiff may not use the
2 instant action to obtain access to legal property regarding other actions. Second, at this time
3 defendants are being served with process. Based on the status of this case, plaintiff does not
4 require access to administrative appeals, doctor's reports and other unidentified documents at this
5 time. Plaintiff may renew his motion for access to his legal materials at the time he actually
6 requires access.

7        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for access to his legal
8 property (ECF No. 125) is denied.

9 Dated: April 2, 2014

11 Ok2959.or

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2