1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TIMOTHY O'KEEFE,                        No.  2:  11-cv-2659 KJM KJN P

12            Plaintiff,

13       v.                                  ORDER

14   JERRY BROWN, et al.,

15            Defendants.

16

17       On July 14, 2014, plaintiff filed a letter with the court stating that he will soon be

18   transferred to a different prison.  (ECF No. 153.)  Plaintiff states that if he is not transferred to the

19   R.J. Donovan Correctional Facility ("RJDCF"), it will have a negative impact on his state of

20   mind.  (Id.)  Plaintiff alleges that on July 3, 2014 he told his mental health clinician, Dr. Kelly,

21   that he has passive thoughts of suicide.  (Id.)

22       On July 7, 2014, plaintiff filed a letter with the court containing sentiments similar to

23   those contained in his letter filed July 14, 2014.  (See ECF No. 145.)  The undersigned directed

24   the Clerk of the Court to send a copy of plaintiff's July 7, 2014 letter on defendants.  (ECF No.

25   149.)

26       The undersigned is concerned by the allegations in plaintiff's July 14, 2014 letter set forth

27   above.  The undersigned directs the Clerk of the Court to serve a copy of plaintiff's July 14, 2014

28   letter on defendants.  Having brought plaintiff's letter to defendants' attention, the court

                                            1

1   anticipates that defendants will take appropriate action in response.  Defendants are not required

2   to file a response with the court.

3        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve a

4   copy of plaintiff's July 14, 2014 letter (ECF No. 153) on defendants.

5   Dated:  July 23, 2014

6

7   Ok2659.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2