UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY BROWN,  et al.,<br><br>    Defendants. | No.  2:  11-cv-2659 KJM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The undersigned separately issued an order screening plaintiff's fifth amended complaint.  In this order, the undersigned found that defendants Hoffman, Heatsie, Bonilla, Brown and Beard should be dismissed.  The undersigned also found that plaintiff's claim alleging that defendants' failure to transfer him to the R.J. Donovan Correctional Facility ("RJDCF") violated his right to due process did not state a potentially colorable claim for relief.

Accordingly, for the reasons set forth in the separately issued order, IT IS HEREBY RECOMMENDED that defendants Hoffman, Heatsie, Bonilla, Brown and Beard and plaintiff's claim alleging a violation of due process based on defendants' failure to transfer him to RJDCF be dismissed.

////

////

1

1   These findings and recommendations are submitted to the United States District Judge
2   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3   after being served with these findings and recommendations, any party may file written
4   objections with the court and serve a copy on all parties.  Such a document should be captioned
5   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
6   objections shall be filed and served within fourteen days after service of the objections.  The
7   parties are advised that failure to file objections within the specified time may waive the right to
8   appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.fr(2)