UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>            Plaintiff,<br><br>     v.<br><br>JERRY BROWN, et al.,<br><br>            Defendants. | No.  2:  11-cv-2659 KJM KJN P<br><br><br>ORDER TO SHOW CAUSE |

On March 5, 2015, the court granted defendants' second motion for extension of time to respond to the January 23, 2015 order directing defendants to file a response to plaintiff's request for a transfer.  (ECF No. 186.)  The court ordered defendants' response due on or before March 6, 2015.  (Id.)  Defendants did not file a response within that time.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of this order, defendants shall show cause why sanctions should not be imposed for their failure to file a response to plaintiff's request for a transfer on or before March 6, 2015.

Dated:  March 12, 2015

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.osc

1