UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | No. 2:11-cv-2659 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On January 23, 2015, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.

    On February 2, 2015 plaintiff filed a motion for an extension of time to file objections.  (ECF No. 177.)  On February 6, 2015, plaintiff filed objections.  (ECF No. 178.)  Because plaintiff's objections were timely filed, the motion for extension of time is denied as unnecessary.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 177) is denied;

2. The findings and recommendations filed January 23, 2015, are adopted in full; and

3. Defendants Hoffman, Heatsie, Bonilla, Brown and Beard and plaintiff's claim alleging a violation of due process based on defendants' failure to transfer him to RJDCF are dismissed.

DATED: March 18, 2015.

_____
UNITED STATES DISTRICT JUDGE