UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | No. 2:11-cv-2659 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 23, 2015, the undersigned screened plaintiff's fifth amended complaint. (ECF No. 173.) The undersigned directed defendant Belavich to file a response to those claims found colorable within thirty days. (Id.) Defendant Belavich did not file a response to the fifth amended complaint within that time.

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendant Belavich shall show cause why sanctions should not be imposed for his failure to file a response to the fifth amended complaint in compliance with the January 23, 2015 order.

Dated: April 28, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.ord(2)

1