UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | No. 2:11-cv-2659 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Court records indicate that a motion for injunctive relief filed by plaintiff on September 16, 2013 is still outstanding. (ECF No. 93.) Plaintiff is no longer housed at the facility where he was housed when he filed this outstanding motion. In addition, this outstanding motion has been superseded by several other motions for injunctive relief filed by plaintiff.

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 16, 2013 motion for injunctive relief (ECF No. 93) is vacated.

Dated: June 26, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.vac

1