UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | No. 2:11-cv-2659 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 31, 2015 plaintiff filed a letter with the court. (ECF No. 227.) In this letter, plaintiff states that during a deposition conducted on August 25, 2015, he and defense counsel discussed a possible settlement of this action. (Id.) According to plaintiff, in exchange for his dismissal of this action, defendants would agree to permanently transfer him to the R.J. Donovan Correctional Facility ("RJDCF"). (Id.) Plaintiff states that despite these settlement negotiations, he received a notice dated August 24, 2015, endorsing his transfer to Salinas Valley State Prison ("SVSP"). (Id.)

////
////
////
////

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, defendants shall file a status report addressing the status of their settlement negotiations with plaintiff (although they do not need to reveal any confidential information), and the impact of plaintiff's proposed transfer to SVSP on the settlement negotiations.

Dated: September 8, 2015

Ok2659.sta

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE