UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　　Defendants. | No. 2: 11-cv-2659 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 27, 2017, plaintiff filed a letter with the court raising potential mental health concerns. (ECF No. 287). Accordingly, the undersigned herein directs the Clerk of the Court to serve a copy of this letter on Supervising Deputy Attorney General Christopher Becker. The Attorney General's Office is not directed to file a response to plaintiff's letter. Rather, the undersigned intends to make the Attorney General's Office aware of the concerns raised in this letter.

Plaintiff is cautioned that it is inappropriate to submit letters and non-authorized filings in the instant action. If plaintiff persists with these filings, the court will consider the imposition of sanctions, including monetary or dismissal of this action.

////

////

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve plaintiff's letter filed November 27, 2017 (ECF No. 287) on Supervising Deputy Attorney General Christopher Becker.

Dated: December 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.ord(3)