UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants. | No. 2:11-cv-2659 KJM KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion for summary judgment filed on December 27, 2017. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 292) is granted; and

2. Plaintiff shall have up to and including March 15, 2018, in which to file an opposition to the motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: January 10, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

okee2659.36