UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE, | No. 2: 11-cv-2659 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On September 29, 2017, the Honorable Kimberly J. Mueller denied defendants' first summary judgment motion. (ECF No. 282.) Judge Mueller referred this matter back to the undersigned for further proceedings which could include: a settlement conference; a further motion for summary judgment; or an evidentiary hearing on the merits of plaintiff's claim for prospective injunctive relief. (Id.)

On October 24, 2017, the undersigned ordered defendants to file a supplemental summary judgment motion. (ECF No. 284.) On December 27, 2017, defendants filed a supplemental summary judgment motion. (ECF No. 291.) On April 9, 2018, the undersigned recommended that defendants' supplemental summary judgment motion be granted in part and denied in part. (ECF No. 296.)

If Judge Mueller adopts the April 9, 2018 findings and recommendations, the undersigned finds that a settlement conference is warranted. Accordingly, the undersigned herein directs the

parties to inform the court whether they waive disqualification for the undersigned to hold the settlement conference or whether they request a different judge.  Plaintiff shall also indicate his preference to appear in person or by videoconference, if available.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, the parties shall file the attached notice, informing the court whether they waive disqualification for the undersigned to hold the settlement conference, or whether they choose to have the settlement conference held by a different judge.  Plaintiff shall also indicate his preference to appear in person or by videoconference, if available.

Dated:  April 11, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.set

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>        Defendants. | No. 2: 11-cv-2659 KJM KJN P<br><br><br>NOTICE RE: JUDGE ELECTION FOR SETTLEMENT CONFERENCE |

1. As required by court order, the parties notify the court of the following election:

    \_\_\_\_ Pursuant to Local Rule 270(b) of the Eastern District of California, the party signing below affirmatively requests that the assigned Magistrate Judge participate in the settlement conference and, further, waives any claim of disqualification of the assigned Magistrate Judge on that basis thereafter. This waiver is not to be construed as consent to the Magistrate Judge's jurisdiction under 28 U.S.C. § 636(c)(1).

        **OR**

    \_\_\_\_ The party signing below requests that a different judge hold the settlement conference.

    **AND**

2. Plaintiff indicates his preference by checking one:

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference in person.

    **OR**

\_\_\_\_\_ Plaintiff would like to participate in the settlement conference by video conference.

DATED:

                                              _____
                                              Plaintiff or Counsel for Defendants

1