UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No. 2:11-cv-2659 KJM KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 298) is granted; and

2. Plaintiff is granted up to and including June 4, 2018 in which to file objections to the findings and recommendations.

Dated: May 1, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

okee2659.36(2)