UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No. 2: 11-cv-2659 KJM KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's August 9, 2018 motion for a preliminary injunction. (ECF No. 308.)

In the pending motion, plaintiff alleges that on or around May 11, 2018, he was transferred from the Correctional Training Facility ("CTF") to the California Health Care Facility ("CHCF") for triple by-pass surgery. Plaintiff alleges that when he is "cleared," he will be returned to CTF. Plaintiff requests that the court issue an order preventing officials at CHCF from returning him to CTF.

Plaintiff alleges that CTF is not a therapeutic environment for his mental health treatment. Plaintiff alleges that due to frequent yard shut downs, his program at CTF is unpredictable. Plaintiff alleges that this unpredictability took a toll on his mental health. Plaintiff also alleges that CTF is overcrowded, which impacts his mental health. Plaintiff alleges that approximately 1

to 1 ½ months before his heart surgery, he attempted suicide at CTF because of his deteriorating mental health. Plaintiff alleges that if he returns to CTF, he will "self-destruct." Plaintiff alleges that "almost every time" he saw his psychologist at CTF, Dr. Schwartz, plaintiff "made it known" how the program and overcrowding were impacting his state of mind.

Defendants are ordered to respond to plaintiff's pending motion for injunctive relief. Defendants are directed to have plaintiff evaluated by a mental health clinician at CHCF before plaintiff is returned to CTF. Defendants shall file a written evaluation by the CHCF mental health clinician addressing plaintiff's mental health status, including an evaluation of plaintiff's concerns regarding his mental care at CTF.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve plaintiff's pending motion for injunctive relief (ECF No. 308) on defendants;

2. Within fourteen days of the date of this order, defendants shall file the written evaluation by the CHCF clinician discussed above; if plaintiff's return to CTF is to occur before that time, defendants shall notify the court and file the written evaluation before plaintiff's transfer.

Dated: August 14, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.pi(3)

---

[1] No defendants are located at CHCF. However, defendant Tebrock is the Deputy Director of the Statewide Mental Health Program for CDCR. In this capacity, defendant Tebrock is capable of responding to the order directing that a CHCF mental health clinician evaluate plaintiff.

2