UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No. 2:11-cv-2659 KJM KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2018, this action settled following a settlement conference. On September 19, 2018, the parties filed a stipulation to voluntarily dismiss this action. (ECF No. 323.)

      On October 4, 2018, plaintiff filed a letter with the court stating that he signed two documents regarding the settlement. (ECF No. 325.) One of the documents set out the conditions of the settlement. (Id.) The other document discussed the terms of the monetary settlement. (Id.) Plaintiff alleges that he was not provided with copies of these documents for his own records. (Id.) Plaintiff states that he requested a copy of these documents from defense counsel, but had not yet received a response. (Id.)

////

////

Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, counsel for defendants shall provide plaintiff with copies of the two documents discussed in plaintiff's October 4, 2018 letter which relate to the terms of the settlement; defense counsel shall file proof of service within that time.

Dated: December 6, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Ok2659.sdoc