UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY O'KEEFE,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY BROWN, et al.,<br><br>    Defendants. | No. 2: 11-cv-2659 KJM KJN P<br><br><br><br>ORDER |

On March 20, 2019, the undersigned ordered counsel for defendants to file a response to plaintiff's claim that $1050 of the money he received from the settlement was improperly removed from his trust account and applied toward his restitution. (ECF No. 329.) On March 28, 2019, defendants filed a response to the March 20, 2019 order. (ECF No. 330.) On April 8, 2019, plaintiff filed a declaration in response to defendants' March 28, 2019 response. (ECF No. 331.)

Plaintiff's declaration is incomplete because he filed only the first page of the declaration and a copy of a document titled "Restitution History."

////
////
////
////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this |
| 2 | order, plaintiff shall file a complete copy of the declaration filed April 8, 2019. |
| 3 | Dated: May 6, 2019 |
| 4 | |
| 5 | Ok2659.fb |

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE